## In the Matter of John Martin DeLAURENTIS.

No. 802 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 7, 2003.

### ORDER

PER CURIAM:

AND NOW, this 7th day of March, 2003, John Martin DeLaurentis having been suspended from the practice of law in the State of New Jersey for a period of one year by Order of the Supreme Court of New Jersey filed September 9, 2002; the said John Martin DeLaurentis having been directed on December 20, 2002, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that John Martin DeLaurentis is suspended from the practice of law in this Commonwealth for a period of one year, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Susan Bell BOLNO, Respondent.

No. 812 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 7, 2003.

### ORDER

PER CURIAM:

AND NOW, this 7th day of March, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 16, 2002, it is hereby

ORDERED that Susan Bell Bolno be and she is suspended from the Bar of this Commonwealth for a period of two years, and she shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.